continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis

Case 4:08-cv-00005-TSL-LRA   Document 1   Filed 01/29/08   Page 1 of 1

BEFORE: Hon. Charles L. Brieant, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

*Gretchen*

vs

*Allan Pharmaceutical*

-----------------------------------------X

Plaintiff-Intervenors

-----------------------------------------X
Defendant(s)
-----------------------------------------X

**A TRUE COPY**
**J. MICHAEL McMAHON, CLERK**

BY _____
**DEPUTY CLERK**

Docket: 07-10306 (C18)
In consolidated cases, all docket nos. are to be shown

CONTESTED ISSUE  [ ]YES  [ ]NO

Select the type of Hearing or Trial.

| | | |
|---|---|---|
| [ ]Arbitration Hearing | [ ]Hearing Out of Jury Presence | [ ]Remand Hearing |
| [ ]Argument on Bankruptcy Appeal | [ ]In Camera Hearing | [ ]Removal Hearing |
| [ ]Attorney Appointment Hearing | [ ]In Chambers Conference | [ ]Scheduling Conference |
| [ ]Bench Trial | [ ]Initial Conference | [ ]Settlement Conference |
| [ ]Case Management Conference | [ ]Initial Pretrial Conference | [ ]Show Cause Hearing |
| [ ]Confirmation Hearing | [ ]Inquest Hearing | [ ]Status Conference |
| [ ]Contempt Hearing | [ ]Judgment Debtor Exam | [ ]Summary Jury Trial |
| [ ]Default Hearing | [ ]Jury Selection | [ ]Telephone Conference |
| [ ]Discovery Hearing | [ ]Jury Trial | [ ]Trial Ready Hearing |
| [ ]Early Neutral Evaluation | [ ]Mediation Conference | [ ]Voir Dire |
| [ ]Evidentiary Hearing | [ ]Motions | [ ]Writ Hearing |
| [ ]Final Pretrial Conference | [ ]Omnibus Hearing | [ ]Other (Please Specify) |
| [ ]Forfeiture Hearing | [X]Oral Argument | |
| [ ]Hearing In Aid Of Judgment | [ ]Pretrial Conference | |

Select the action.
[ ]Began  [ ]Held  [ ]Continued  [ ]Completed  [ ]Scheduled for
Date 1-18-08  Time _____ [ ]am [ ]pm _____ Hr.

*Oral argument heard on motion DKT#5
to Change venue. Motion is Granted.
Action is hereby transferred to District
of Mississippi*

*See transcript*

*So Ordered
Brieant. J*

*The Clerk shall
transfer this case
to the District of
Mississippi*

Submitted by _____
Courtroom Deputy *CR Angela*